Mickey and Nell **SWINBURN,**
Plaintiffs-Appellants,

v.

**FIRST FEDERAL SAVINGS AND LOAN OF LUBBOCK, TEXAS, and Bob Zirby, Lubbock, Texas, Defendants-Appellees.**

**No. 73-2635.**

United States Court of Appeals,
Fifth Circuit.

Nov. 23, 1973.

Mickey Swinburn, pro se.

Bill D. Tucker, Lubbock, Tex., for defendants-appellees.

Before WISDOM, AINSWORTH and CLARK, Circuit Judges.

PER CURIAM:

The appeal is ordered dismissed for want of prosecution for appellant's failure to file a brief within the time fixed by the rules. Rule 9(b). See Tidwell v. Dees, 5 Cir. 1972, 464 F.2d 1297.